**B1 (Official Form 1) (4/10)**

| United States Bankruptcy Court<br>Southern District of Alabama | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Cello Energy, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **90-0200632** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**12020 D'Olive Street<br>Bay Minette, AL**    ZIPCODE **36507** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):    ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Baldwin** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br>**P O Box 39<br>Daphne, AL**    ZIPCODE **36526** | Mailing Address of Joint Debtor (if different from street address):    ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**12020 D'Olive Street, Bay Minette, AL**    ZIPCODE **36507** | |

### Type of Debtor
(Form of Organization)
(Check **one** box.)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☑ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check **one** box.)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☑ Other

**Tax-Exempt Entity**
(Check box, if applicable.)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check **one** box.)
- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☑ Debts are primarily business debts.

### Filing Fee (Check one box)
- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
**Check one box:**
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- ☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

**Check all applicable boxes:**
- ☐ A plan is being filed with this petition
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information
- ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

**Estimated Assets**

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Cello Energy, LLC** | |
|---|---|---|
| **Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| Location Where Filed: **None** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

### Exhibit A
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☑ Exhibit A is attached and made a part of this petition.

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.

X _____
Signature of Attorney for Debtor(s)            Date

### Exhibit C
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

### Exhibit D
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord or lessor that obtained judgment)

_____
(Address of landlord or lessor)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Cello Energy, LLC** |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.
(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X */s/ Marcus E. McDowell*
Signature of Attorney for Debtor(s)

**Marcus E. McDowell mcd053**
**Wilkins, Bankester, Biles & Wynne, PA**
**Post Office Box 1367**
**Fairhope, AL  36533**

**October 19, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

_____
Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X */s/ Jack W. Boykin*
Signature of Authorized Individual

**Jack W. Boykin**
Printed Name of Authorized Individual

_____
Title of Authorized Individual

**October 19, 2010**
Date

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# United States Bankruptcy Court
# Southern District of Alabama

IN RE:  Case No. _____

**Cello Energy, LLC**  Chapter **11**

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| **Parsons & Whittemore Enterprises Corp**<br>C/O Balch & Bingham<br>P O Box 78<br>Montgomery, AL 36101 | (334) 834-6500 | | | 10,431,560.50 |
| **Ted Kennedy**<br>2008 Stonegate Trail, Suite 100<br>Birmingham, AL 35242 | | | | 1,551,705.00<br>Collateral:<br>0.00<br>Unsecured:<br>1,551,705.00 |
| **Biofuels Operating Company, LLC**<br>3000 Sand Hill Road, Bldg 3-170<br>Menlo Park, CA 94025 | | | | 1,000,000.00<br>Collateral:<br>0.00<br>Unsecured:<br>1,000,000.00 |
| **Burr & Forman Law Firm**<br>RSA Battle House Tower<br>11 North Water Street, Suite 22200<br>Mobile, AL 36602 | | | | 876,777.89 |
| **Internal Revenue Service**<br>Post Office Box 21126<br>Philadelphia, PA 19114 | U. S. Attorney's Office<br>63 South Royal Street, Ste. 600<br>Mobile, AL 36602 | | | 640,000.00 |
| **Ted Kennedy**<br>2008 Stonegate Trail, Suite 100<br>Birmingham, AL 35242 | | | | 561,295.00<br>Collateral:<br>0.00<br>Unsecured:<br>561,295.00 |
| **Mike Mooney Construction, LLC**<br>P O Box 1203<br>Calera, AL 35040 | | | | 262,500.00<br>Collateral:<br>0.00<br>Unsecured:<br>262,500.00 |
| **Johnson & Johnson, Inc.**<br>Ken Johnson<br>P O Box 157<br>Madison, FL 32341 | | | | 250,000.00<br>Collateral:<br>0.00<br>Unsecured:<br>250,000.00 |
| **State of Alabama Department of Revenue**<br>Legal Division<br>Post Office Box 32001<br>Montgomery, AL 36132-0001 | | | | 210,000.00 |
| **Jack Boykin**<br>P O Box 39<br>Daphne, AL 36526 | | | | 195,752.00 |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | |
|---|---|---|
| **Brendle Sprinkler Company, Inc.**<br>P O Box 210609<br>Montgomery, AL  36121-0609 | **Terry P. Wilson**<br>1785 Taliaferro Trail<br>Montgomery, AL  36117<br>(334) 260-9998 | 195,352.00 |
| **Alabama Power**<br>P O Box 2247<br>Mobile, AL  36652-2247 | | 81,287.13 |
| **Husch, Blackwell, Sanders, Welsh & Katz**<br>120 South Riverside Plaza<br>Chicago, IL  60606-3912 | | 77,486.49 |
| **Brackin, McGrieff & Johnson Law Firm**<br>150 West Section Avenue<br>Foley, AL  36535 | | 73,221.80 |
| **Seacon Engineering Associates, Inc.**<br>P O Box 16147<br>Mobile, AL  36616-2247 | | 70,278.27 |
| **Hartmann, Blackmon & Kilgore, P.C.**<br>P O Box 1469<br>Fairhope, AL  36533 | | 31,429.00 |
| **Superb Marine & Industrial Services, Inc**<br>5730 1-10 Industrial Parkway<br>Theodore, AL  36582 | | 25,601.00 |
| **Stuart C. Irby Co.**<br>3232 Moffett Road<br>Mobile, AL  36607-1706 | | 15,843.64 |
| **Environmental Compliance Services, Inc.**<br>P O Box 356<br>Sherman, MS  38869 | | 14,270.60 |
| **Ship Architects, Inc.**<br>P O Box 2546<br>Daphne, AL  36526 | | 13,913.20 |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, [the president *or* other officer *or* an authorized agent of the corporation][*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **October 19, 2010**  Signature: */s/ Jack W. Boykin*

**Jack W. Boykin,**

(Print Name and Title)

**United States Bankruptcy Court**
**Southern District of Alabama**

**IN RE:** Case No. _____

**Cello Energy, LLC** Chapter **11**
_____
<sub>Debtor(s)</sub>

### VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: **October 19, 2010**   Signature: */s/ Jack W. Boykin*
                             **Jack W. Boykin,** <sub>Debtor</sub>

Date: _____  Signature: _____
                                                       <sub>Joint Debtor, if any</sub>

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

A.M.B.C./Ace Metal Buildings
3345 Anton
Eight Mile, AL  36613


Alabama Imaging Network & Systems
2405 Langley Avenue
Pensacola, FL  32504-8922


Alabama Power
P O Box 2247
Mobile, AL  36652-2247


Balch & Bingham
P O Box 78
Montgomery, AL  36101


Biofuels Operating Company, LLC
3000 Sand Hill Road, Bldg 3-170
Menlo Park, CA  94025


Brackin, McGrieff & Johnson Law Firm
150 West Section Avenue
Foley, AL  36535


Brendle Sprinkler Company, Inc.
P O Box 210609
Montgomery, AL  36121-0609


Burr & Forman Law Firm
RSA Battle House Tower
11 North Water Street, Suite 22200
Mobile, AL  36602


E. Roberts Alley & Associates, Inc.
214 Central Circle SW
Decatur, AL  35603

Endress & Hauser
C/O Trinova, Inc.
P O Box 2806
Mobile, AL  36601


Environmental Compliance Services, Inc.
P O Box 356
Sherman, MS  38869


Hartmann, Blackmon & Kilgore, P.C.
P O Box 1469
Fairhope, AL  36533


Helmsing, Leach, Herlong, Newman & Rouse
P O Box 2767
Mobile, AL  36652


Husch, Blackwell, Sanders, Welsh & Katz
120 South Riverside Plaza
Chicago, IL  60606-3912


Internal Revenue Service
Post Office Box 21126
Philadelphia, PA  19114


Jack Boykin
P O Box 39
Daphne, AL  36526


John Crane, Inc.
6400 Oakton Street
Morton Grove, IL  60053

```
Johnson & Johnson, Inc.
Ken Johnson
P O Box 157
Madison, FL  32341


Mike Hoffman's Equipment Services, Inc.
4109 Halls Mill Road
Mobile, AL  36693


Mike Mooney Construction, LLC
P O Box 1203
Calera, AL  35040


Motion Industries, Inc.
P O Box 1477
Birmingham, AL  35201


Nicholas Insulation Services, Inc.
3568 DeSirrah Drive
Mobile, AL  36618


Parsons & Whittemore Enterprises Corp
C/O Balch & Bingham
P O Box 78
Montgomery, AL  36101


Petro Installation Services, Inc.
10751 Hwy 188
Grand Bay, AL  36541


Seacon Engineering Associates, Inc.
P O Box 16147
Mobile, AL  36616-2247
```

Ship Architects, Inc.
P O Box 2546
Daphne, AL  36526


State of Alabama Department of Revenue
Legal Division
Post Office Box 32001
Montgomery, AL  36132-0001


Stuart C. Irby Co.
3232 Moffett Road
Mobile, AL  36607-1706


Superb Marine & Industrial Services, Inc
5730 1-10 Industrial Parkway
Theodore, AL  36582


Ted Kennedy
2008 Stonegate Trail, Suite 100
Birmingham, AL  35242


Terry P. Wilson
1785 Taliaferro Trail
Montgomery, AL  36117


U. S. Attorney's Office
63 South Royal Street, Ste. 600
Mobile, AL  36602