IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

In re:
NATHAN J BRUCE                                    CASE NO: 10-05554
Debtor(s)                                         CHAPTER: 13

## MOTION FOR INSTRUCTIONS REGARDING DISBURSAL OF SURPLUS PROCEEDS

**COMES NOW** Standard Mortgage Corporation ("Standard Mortgage" or "Movant"), by and through counsel, requesting the Court provide instructions on how to dispose surplus proceeds generated from the foreclosure sale of certain real property located at 5685 Vista Bonita Dr., Mobile, AL (the "Real Property"). Movant respectfully shows the Court the following:

1. On February 12, 2012, Standard Mortgage moved for relief from the automatic stay of 11 U.S.C. § 362 to foreclose the Real Property. (D.E. # 53.)

2. At that time, Debtor was not the record owner of the property, having conveyed the Real Property to his ex-wife Patricia O. Ziegler n/k/a Patricia O. Bruce via that certain Quit Claim Deed recorded at Book 6803, Page 1278 of the records of the Office of the Judge of Probate for Mobile County, Alabama.

3. The Debtor had, however, executed both the promissory Note and the Mortgage recorded at Book 4996, Page 1611 of the records of the Office of the Judge of Probate for Mobile County, Alabama.

4. On March 9, 2012, the Court granted relief from the automatic stay. (D.E. #57.)

5. On May 31, 2012, Standard Mortgage conducted a foreclosure sale pursuant to CODE. OF ALA. § 35-10 *et seq.* where the Real Property was sold to Chen Yee Loh for $36,000.00 (the "Bid").

6. Chen Yee Loh tendered the Bid, which generated $14,621.70 (the "Surplus Proceeds") in surplus proceeds and could potentially reflect a portion of the Debtor's equity of redemption as provided for in CODE. OF ALA. § 6-5-248(a)(1)-(2).

7. The Surplus Proceeds may be property of the bankruptcy estate pursuant to 11 U.S.C. § 541. Accordingly, Standard Mortgage requests the Court provide instructions on how to dispense with the Surplus Proceeds.

WHEREFORE, Movant prays the Court for an order:

(1) Directing Standard Mortgage on how to pay the Surplus Proceeds;

(2) For the award of a $750.00 attorney fee, to be paid from the Surplus Proceeds, for its examination of the public record and preparation of this motion;

(3) For any further relief that may be just and proper.

This the 10th day of January, 2013.

*s/ Jeffrey A. Bunda*
Jeffrey A. Bunda (BUN013)
Attorney for Creditor
10130 Perimeter Parkway
Suite 400
Charlotte, NC 28216
704/333-8107

# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF ALABAMA

In re:
**NATHAN J BRUCE**
Debtor(s)

CASE NO: 10-05554
CHAPTER: 13

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the foregoing and annexed pleading or paper upon:

| | |
|---|---|
| Nathan J. Bruce<br>6650 Cottage Hill Rd<br>Apt 1004<br>Mobile, AL 36695 | Stephen L. Klimjack<br>1306 Government Street<br>Mobile, AL 36604 |
| John C. McAleer, III<br>P.O. Box 1884<br>Mobile, AL 36633 | American Express<br>PO Box 981537<br>El Paso, TX 79998 |
| Back Bowl I LLC<br>c/o Weinstein and Riley, PS<br>2001 Western Avenue, Ste 400<br>Seattle, WA 98121 | Bank of America<br>PO Box 15026<br>Wilmington, DE 19850 |
| Bar Clay Bank<br>PO Box 8803<br>Wilmington, DE 19899 | CANDICA LLC<br>c/o Weinstein and Riley, PS<br>2001 Western Avenue, Ste 400<br>Seattle, WA 98121 |
| Capital One, N.A.<br>c/o Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Ste 200<br>Tucson, AZ 85712 | Chase<br>PO Box 15298<br>Wilmington, DE 19850 |
| Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Discover Bank<br>DFS Services, LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 |
| Discover Financial<br>PO Box 15316<br>Wilmington, DE 19850 | Eagle Atlant<br>4701 West 2100 Sou<br>Salt Lake City, UT 84120 |

| | |
|---|---|
| eCAST Settlement Corporation<br>POB 29262<br>New York, NY 10087 | Fia Card Services, NA as successor in interest to Bank of America, NA and MBNA America Bank<br>1000 Samoset Drive<br>DE5-023-03-03<br>Newark, DE 19713 |
| GEMB/Belk<br>PO Box 981491<br>El Paso, TX 79998 | GEMB/Walmart<br>PO Box 981471<br>El Paso, TX 79998 |
| HSBC Bank Nevada, N.A.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Ste 200<br>Tucson, AZ 85712 | HSBC/Best Buy<br>PO Box 15521<br>Wilmington, DE 19805 |
| Pat O. Bruce<br>5685 Vista Bonita Drive S<br>Mobile, AL 36609 | Portfolio Recovery Associates<br>PO Box 41067<br>Norfolk, VA 23541 |
| PRA Receivables Management, LLC<br>As Agent of Portfolio Recovery Associates<br>POB 12914<br>Norfolk, VA 23541 | Pref Cus Ac.<br>800 Walnut Street<br>Des Moines, IA 50309 |
| RBC Bank (USA)<br>c/o Pyner Spruill, LLP<br>PO Box 353<br>Rocky Mount, NC 27802-0353 | RBC Bank USA<br>PO Box 500<br>Rocky Mount, NC 27802 |
| State Farm Bank<br>c/o Becket and Lee, LLP<br>POB 3001<br>Malvern, PA 19355-0701 | State Farm Bank<br>PO Box 2316<br>Bloomington, IL 61702 |
| Stud Fin Srv<br>6201 E M R<br>Christiana, TN 37037 | US Bank<br>CB Disputes<br>Saint Louis, MO 63166 |
| US Bank, N.A.<br>Bankruptcy Department<br>PO Box 5229<br>Cincinnati, OH 45201 | Wells Fargo Financial National Bank<br>4137 121st Street<br>Urbandale, IA 50323 |
| William J. Casey, II<br>Attorney At Law<br>3208 Cottage Hill Road<br>Mobile, AL 36606 | |

by depositing the same in a postpaid wrapper properly addressed to each such party or his attorney of record in a post office or other official depository under the exclusive care and custody of the United States Postal Service.

This the 10th day of January, 2013.

*s/ Jeffrey A. Bunda*
Jeffrey A. Bunda (BUN013)
Attorney for Creditor
10130 Perimeter Parkway
Suite 400
Charlotte, NC 28216
704/333-8107