# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF ALABAMA

In re:

NATHAN J. BRUCE                                 Case No. 10-04543-MAM-13
    Debtor.

## MOTION FOR INSTRUCTIONS

Comes now John C. McAleer III, Standing Chapter 13 Trustee for the Southern District of Alabama, and hereby requests the Court for instructions regarding the proper application of funds received in this case and would show as follows:

On February 20, 2013, the sum of $13,871.70 was received by the Trustee pursuant to the Court's order of February 8, 2013 on the motion for instructions filed by Standard Mortgage Corporation. The Court's order directed that the funds be held pending further order. Additionally, according to the motion of Standard Mortgage Corporation, the Debtor's ex-wife Patricia Ziegler n/k/a Patricia O. Bruce may have an interest in the proceeds held by the Trustee. The Trustee has no information regarding the whereabouts of Patricia Ziegler n/k/a Patricia O. Bruce.

Wherefore, the Trustee respectfully requests the Court for instructions as to the proper application of the $13,871.70 or for all other actions as the Court deems appropriate.

Date: April 10, 2013

                                                             s/John C. McAleer III
                                                             JOHN C. McALEER III
                                                             CHAPTER 13 TRUSTEE
                                                             Post Office Box 1884
                                                             Mobile, AL  36633
                                                             (251)438-4615

CERTIFICATE OF SERVICE

      Movant certifies that a copy of the foregoing motion was served on the parties listed below by first class mail and/or electronic transmission on April 10, 2013.

                                                    s/John C. McAleer III  
                                                  JOHN C. McALEER III  
                                                   CHAPTER 13 TRUSTEE

Nathan J Bruce  
705 Louisiana Ave  
Apt #4  
BOGALUSA, LA 70427

Stephen L. Klimjack