IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| In Re: ) | |
| ) | |
| NATHAN J. BRUCE, ) | CASE NO: 10-05554-MAM-13 |
| ) | |
| Debtor. ) | |

## ORDER GRANTING TRUSTEE'S MOTION FOR INSTRUCTIONS

This matter came before the Court on the *Motion For Instructions* filed by John C. McAleer, III, the Standing Chapter 13 Trustee.

This Court has jurisdiction to hear this matter pursuant to 28 U.S.C. " 157 and 1334, and the Order of Reference. This Court has the authority to enter a final order. Venue is proper. Appearances were as noted in the record.

Based on the Trustee=s motion, this Court=s file, the argument of counsel, the facts of this case and applicable law, the Motion for Instructions is hereby GRANTED. Specifically, the $13,871.70 being held by the Chapter 13 Trustee shall be distributed to Leonard N. Maldonado, Clerk of the United States Bankruptcy Court for the Southern District of Alabama to be held pending notification of the Debtor's ex-wife, Patricia Ziegler n/k/a Patricia O. Bruce.

Dated: August 12, 2013

/s/ Margaret A. Mahoney
MARGARET A. MAHONEY
U.S. BANKRUPTCY JUDGE