IN THE UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| **In re** | * |
| | * Case No. 10-04877 |
| | * Case No. 10-04930 |
| **CELLO ENERGY, LLC, et al,** | * Case No. 10-04931 |
| | * |
| **Debtors.** | * |

## MOTION TO PAY

Comes now Lynn H. Andrews, the duly appointed and acting Trustee in this Chapter 7 case ("Trustee"), and shows as follows:

1. Debtor filed its petition herein under Chapter 11 of the Bankruptcy Code on October 19, 2010, this case was converted to a Chapter 7 on October 23, 2012 and Trustee was appointed.

2. At the time of such conversion, the Debtor owned certain real and personal property of significant value (the "Property) on which the insurance had been allowed to lapse.

3. By order entered February 22, 2013 Trustee was authorized to obtain insurance for estate property and incur premiums for such coverage.

4. By order entered on November 18, 2013 Trustee was also authorized to conclude the sale of the Property to Hudco Developments III, LLC for the sum of $875,000.00 and, after payment of the costs of sale only, Trustee was directed to pay the balance of the sale proceeds (the "net proceeds") to the Clerk of this Court to be held pending further order of this Court.

5. Trustee has received a final invoice from Trustee Insurance Agency for casualty and general liability insurance in the amount of $17,278.56 owed on the Property for coverage prior to the date of sale, a copy of which is attached hereto as Exhibit A.

6. Trustee seeks entry of an Order directing the Clerk of the Court to pay said final

invoice from the net proceeds.

WHEREFORE, Trustee seeks entry of an order directing the Clerk of the Court to make payment of the outstanding final invoice in the sum of $17,278.56 due to Trustee Insurance Agency for payment of accrued insurance premiums owed by this estate from the net proceeds, and Trustee prays for such other, further and different relief that this court may deem appropriate

DATED this the 6th day of December, 2013.

/s/ *A. Richard Maples, Jr.*
A. RICHARD MAPLES, JR., Attorney for
LYNN H. ANDREWS, Trustee

OF COUNSEL:
MAPLES & FONTENOT, LLP
P.O. BOX 1281
MOBILE, ALABAMA 36633
(251) 432-2629

### CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing Motion to Pay on counsel for all parties to this proceeding, by electronic noticing or first class mail on this 6th day of December, 2013.

/s/ *A. Richard Maples, Jr.*
A. RICHARD MAPLES, JR.